IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

v.

RONNIE NEWMAN,

          Defendant.

TEMPORARY RELEASE ORDER

Case No. 09-cr-04-bbc

---

For the purpose of attending the funeral of Delores R. Cavett in Chicago and Alsip, Illinois, it is ORDERED that the defendant Ronnie Newman is temporarily released from pretrial detention for the time period 8:00 a.m., Wednesday, February 11, 2009 until midnight on Wednesday, February 11, 2009 at which time Newman shall voluntarily return to the Dane Count jail to continue in pretrial detention. While released, Newman shall obey the following conditions of release:

1. Defendant shall not commit any offense in violation of federal, state or local law while on release.

2. Defendant shall return to the Dane County jail by midnight, Wednesday, February 11, 2009.

3. Defendant shall submit to electronic and GPS monitoring while released.

4. Defendant shall not use or possess firearms, destructive devices, or other dangerous weapons.

5. Defendant shall abstain from any use of alcohol.

6. Defendant shall not associate in any manner with persons who use or possess drugs, or previously were known to use or possess drugs, and defendant shall avoid places where drugs are or were known to have been used, possessed or dispensed, *outside of events related to the funeral.*

7. Defendant shall not associate with any member of the Gangster Disciples organization, *outside of events related to the funeral.*

8. Defendant shall not use, possess, buy or sell any illicit or narcotic drugs or any other controlled substance defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner with the knowledge of the pretrial services office. Defendant shall not use methadone or obtain a prescription for methadone.

9. Defendant shall submit to urinalysis or other testing as directed by the pretrial services office to detect drug or alcohol usage.

10. Defendant shall be placed in the third-party custody of the following person(s): JESSE NEWMAN

## Custodian's Promise to the Court

Each undersigned third-party custodian has read these conditions of release, understands what these conditions require the defendant to do and not to do, and promises the court that the custodian will:

(1) Supervise the defendant to ensure that the defendant complies with these conditions of release;

(2) Use every effort to ensure that the defendant appears as required at court proceedings in this case; and

(3) Immediately notify the pretrial services office, the court, and if needed, local law enforcement authorities if defendant violates any release condition or if defendant appears to be planning to flee or actually flees.

Signed: _____   Date: _____

Signed: _____   Date: _____

## Notice of Penalties and Sanctions

The defendant's violation of any of the conditions of release imposed in this order may result in the immediate issuance of a warrant for the defendant's arrest, the revocation of release, and an order of detention. It could also result in a separate prosecution for contempt under 18 U.S.C. § 401, which is punishable by a term of imprisonment and a fine. *See* 18 U.S.C. § 3148.

If the defendant commits a crime while released pursuant to this order and is later convicted of that new crime, then the defendant can also be prosecuted in federal court for having committed a crime while released, which is a violation of 18 U.S.C. § 3147. If the new offense is a felony, the defendant would face a term of imprisonment of up to ten years. If the new offense is a misdemeanor, the defendant would face a term of imprisonment of up to one year. Any sentence imposed for such a violation would be consecutive to any other sentence of imprisonment imposed upon the defendant.

It is a crime for the defendant knowingly to fail to appear as required by the conditions of release, or to fail to appear surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

1. An offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years or both;

2. An offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

3. Any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

4. A misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. *See* 18 U.S.C. § 3146.

It is a federal crime to intimidate, to influence, or to injure jurors or officers of the court or to attempt to do so. *See* 18 U.S.C. § 1503.

It is a federal crime to obstruct criminal investigations by bribery, or by disclosing the existence or content of subpoenas to financial institutions or the insurance industry. *See* 18 U.S.C. § 1510.

It is a federal crime to intimidate, to harass, to influence, or to injure witnesses, potential witnesses, victims or informants, or to threaten or attempt to do so. *See* 18 U.S.C. § 1512.

It is a federal crime to retaliate against a witness, victim or informant, or to threaten or attempt to do so. *See* 18 U.S.C. § 1513.

## Acknowledgment and Promise of the Defendant

I acknowledge that I am the defendant in this case.

I am aware of and I understand all of the conditions of release that have been imposed upon me.

I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed.

I am aware of and I understand the prohibitions and penalties set forth above in the Notice of Penalties and Sanctions section of this release order.

_Ronnie Newman_      _2/10/09_
Signature of Defendant      Date

▮▮▮▮▮▮▮▮▮▮      ▮▮▮▮▮▮▮▮▮▮
Address      Telephone Number

## Directions to the United States Marshal/Dane County Jail

It is ORDERED that the Marshal/Dane County Jail shall:

(1) Release the defendant at 8:00 a.m., February 11, 2009; and

(2) Accept the defendant back into pretrial detention by midnight, February 11, 2009.

Entered this 10th day of February, 2009.

BY THE COURT:

_Stephen Crocker_
STEPHEN L. CROCKER
Magistrate Judge

4